# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Meguel Greylen Robinson | Case No: 5:20-cr-84-KDB-DSC-1<br>USM No: 10659-509 |
| Date of Original Judgment: 07/29/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/29/2021 shall remain in effect.
**IT IS SO ORDERED**.

Signed: February 26, 2024

*Kenneth D. Bell*
*United States District Judge*

*Judge's signature*

Effective Date: _____                    Kenneth D. Bell
*(if different from order date)*          *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Meguel Greylen Robinson
CASE NUMBER: 5:20-cr-84-KDB-DSC-1
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:      Amended Total Offense Level:
Criminal History Category:      Criminal History Category:
Previous Guideline Range: ___ to ___ months    Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant had "status points" under U.S.S.G. §4A1.1 in Amendment 821 because his offense was committed while he was under a criminal sentence. Defendant had 10 criminal history points before the addition of the 2 status points. (Doc. No. 23, ¶ 66). With the removal of 1 status point (because he had 7 criminal points or more), criminal history points of 11 still equals a criminal history category of V and thus no change for the Defendant. There is no need for appointment of counsel in this matter.